THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **NOTICE OF STATUS HEARING**<br><br>Case No. 4:25-cv-00059-DN-PK<br><br>District Judge David Nuffer |
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **NOTICE OF STATUS HEARING**<br><br>Case No. 4:25-cv-00090-DN-PK<br><br>District Judge David Nuffer |

In light of the orders in these cases delaying the answers until October 2025,[1] a status conference in these cases will be heard by remote videoconference on Wednesday October 29, 2025 at 11:00 am. Counsel will receive a link information by email at a later date.

In addition to review of the status of the cases and scheduling considerations, the parties should prepare to discuss the advisability of transfer of these cases to Judge Waddoups, who has heard considerable evidence and devoted substantial time to the factual and legal issues

---

[1] Docket no. 23, filed September 4, 2025 in Case No. 4:25-cv-00059; Docket no. 13, filed September 5, 2025 in Case No. 4:25-cv-00059.

presented in these cases. DUCivR 83-2 suggests transfer may be appropriate "[i]f cases involve a common question of law or fact and are pending before different judges . . . ."

Signed September 22, 2025.

BY THE COURT

David Nuffer
United States District Judge