IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>　　Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br>　Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>　　Proposed Intervenor-Defendant. | **[PROPOSED] ORDER GRANTING INTERVENTION AS OF RIGHT**<br><br>Case Nos. 4:25-cv-00059-DN-PK<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

　　This matter comes before the Court upon the Motion to Intervene filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance ("SUWA"). Having reviewed the Motion and opposition thereto, and determined that intervention as of right is warranted, SUWA's Motion is GRANTED.

　　Signed this ___ day of _____, 2026.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID NUFFER
　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　PAUL KOHLER
　　　　　　　　　　　　　　　　　United States Magistrate Judge