HOLLAND & HART LLP
Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **NOTICE**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah ("Plaintiffs") hereby provide notice that they intend to oppose the Motion to Intervene filed by the Southern Utah Wilderness Alliance ("SUWA") on December 22, 2024 (the "Motion"). *See* ECF No. 30. Plaintiffs file this Notice to prevent any misunderstanding arising from SUWA's filing and transmission of a

proposed order, which is typically reserved for the motions listed in DUCivR 7-1(a)(2) and stipulated motions. Plaintiffs did not stipulate to the Motion. Plaintiffs will file their opposition to the Motion within the timeline prescribed by rule.

Dated this 22nd day of December, 2025.

HOLLAND & HART LLP

/s/ Sydney J. Sell
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
Ryder Seamons
Attorneys for Plaintiff Kane County, Utah

UTAH ATTORNEY GENERAL'S OFFICE

/s/ K. Tess Davis*
Kathy A.F. Davis
K. Tess Davis
Assistant Attorneys General
Attorneys for Plaintiff State of Utah

* Signed with permission given to filing counsel