Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah ("Plaintiffs") hereby move for an extension of time to respond to the Motion to Intervene filed by the Southern Utah Wilderness Alliance ("SUWA") on December 22, 2025. *See* Dkt. No. 30. Currently, responses to the Motion

to Intervene are due on January 5, 2026. However, given the holiday period and the unavailability of counsel due to holiday travel, Plaintiffs respectfully request a two-week extension to file their response, making the new deadline January 19, 2026.

Counsel for Kane County has conferred with counsel for the United States and counsel for SUWA by email, who have stated that they do not oppose an extension of time to January 19, 2026. Counsel for the United States requested that the United States' response date also be extended to January 19, 2026, to which the parties agreed.

Pursuant to Local Rule 7-1(e), a proposed order is attached hereto and will be emailed to chambers.

Dated this 30th day of December, 2025.

>                             HOLLAND & HART LLP
>
>                             /s/ Sydney J. Sell
>                             Shawn T. Welch
>                             Richard D. Flint
>                             Sydney J. Sell
>                             Ryder Seamons
>                             Attorneys for Plaintiff Kane County, Utah
>
>                             UTAH ATTORNEY GENERAL'S OFFICE
>
>                             /s/ * K. Tess Davis
>                             Kathy A.F. Davis
>                             K. Tess Davis
>                             Assistant Attorneys General
>                             Attorneys for Plaintiff State of Utah
>
>                             * Signed with permission given to filing counsel