IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE
DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having considered the Unopposed Motion for Extension of Time filed by Kane County, Utah and the State of Utah,[1] and with good cause appearing, it is hereby ORDERED that the motion is GRANTED. Kane County, Utah, the State of Utah, and the United States of America shall file their responses to the Motion to Intervene, Dkt. No. 30, on or before **January 19, 2026.**

SO ORDERED this 31st day of December, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 35, filed December 30, 2025.