Trevor J. Lee (16703)
**HOGGAN LEE HUTCHINSON**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
(435) 615-2264
trevor@hlh.law

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH,** a political subdivision, and the **STATE OF UTAH**, <br><br>    Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br>    Defendant, and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE,** <br><br>    Proposed Intervenor-Defendant. | **NOTICE OF APPEARANCE** <br><br> Case Nos. 4:25-cv-00059-DN-PK <br><br> Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

Notice is hereby given of entry of the undersigned as counsel for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance in the above-captioned action. Pursuant to Fed R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Trevor J. Lee (16703)
**HOGGAN LEE HUTCHINSON**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
(435) 615-2264
trevor@hlh.law

– 1 –

– 2 –

January 9, 2026.

                                              **HOGGAN LEE HUTCHINSON**

                                              /s/ Trevor J. Lee
                                              Trevor J. Lee
                                              *Attorney for Proposed Defendant-Intervenor*
                                              *Southern Utah Wilderness Alliance*