Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **PLAINTIFFS' STATEMENT OF THE ISSUES AND SCHEDULING FOR:<br>A) THE SAND DUNES ROAD, AND<br>B) THE HANCOCK AND CAVE LAKES ROADS**<br><br>Case No. 4:25-cv-00059 DN PK<br>Case No. 4:25-cv-00090 DN PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah ("Kane County") and the State of Utah ("State") (collectively, "Plaintiffs") hereby file their statement of issues in the two captioned lawsuits. Plaintiffs' filing responds to the Court's questions of whether it is advisable to transfer these lawsuits to Judge Clark Waddoups, what is left to do after the United States' disclaimer relating

to the K1000 Sand Dunes Road, and how to schedule and proceed in these matters. Plaintiffs will be able to further discuss these matters at the hearing to be held on Friday, January 16, 2026.

### A – Plaintiffs Request The Court To Retain Jurisdiction Over These Lawsuits.

Plaintiffs respectfully request the Court to retain jurisdiction of these lawsuits. Plaintiffs recognize that Judge Clark Waddoups previously considered and held a full trial, and rendered a decision on the K1000 Sand Dunes Road, the K1100 Hancock Road, the K1070 Cave Lakes Road, and the K1075 Cave Lakes Road.

After the remand, Judge Waddoups held a trial on some of these roads in December of 2022, and the parties are still waiting for that remand decision. Plaintiffs have recently filed a renewed motion for Judge Waddoups to make a partial decision on a short project improvement on one road in that remanded lawsuit (the south end of the Skutumpah Road).

Given the years without decision, Plaintiffs respectfully request this Court to retain jurisdiction and decision over these roads. The undersigned will be able to discuss these issues in the hearing on Friday.

### B – Case No. 4:25-cv-00059 DN PK – K1000 Sand Dunes Road

Kane County and the State proved their ownership of an R.S. 2477 right-of-way, 66-feet in width, for the Sand Dunes Road. The United States has never paid for, nor worked on the Sand Dunes Road, but even after recent meetings, including today, distant United States officials continue to dispute Plaintiffs title to the Sand Dunes Road. The United States' disclaimer is defective and will require the Court to hold an evidentiary hearing of the responsible federal official.

**C – Case No. 4:25-cv-00090 DN PK – K1100 Hancock Road, K1070 Cave Lakes Road, and K1075 Cave Lakes Road.**

Plaintiffs' claims to the K1100 Hancock Road, the K1070 Cave Lakes Road, and the K1075 Cave Lakes Road, are open for discussion at the hearing on Friday.

Dated this 12th day of January, 2025.

        HOLLAND & HART LLP

        */s/ Shawn Welch*
        Shawn T. Welch
        Richard D. Flint
        Sydney J. Sell
        Ryder Seamons
        Attorneys for Plaintiff Kane County, Utah

        UTAH ATTORNEY GENERAL'S OFFICE

        */s/ \* K. Tess Davis*
        Kathy A.F. Davis
        K. Tess Davis
        Assistant Attorneys General
        Attorneys for Plaintiff State of Utah

      \* Signed with permission given to filing counsel

36744457_v1