**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**
Mitch M. Longson, #15661
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

*Attorney for Proposed Intervenor-Defendant Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY (5), UTAH, a political subdivision, and the STATE OF UTAH,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br>    Proposed Intervenor-Defendant. | **NOTICE OF APPEARANCE<br>OF COUNSEL<br>(MITCH M. LONGSON)**<br><br>Case Nos. 4:25-cv-00059-DN-PK<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

PLEASE TAKE NOTICE that Mitch M. Longson, of the law firm Manning Curtis Bradshaw & Bednar PLLC, hereby enters an appearance as counsel of record for Proposed Intervenor-Defendant Southern Utah Wilderness Alliance in the above-entitled matter. Please serve copies of any future filings or notices as follows:

Mitch M. Longson
mlongson@mc2b.com
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

DATED January 15, 2026.

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**

/s/ Mitch M. Longson
Mitch M. Longson

*Attorney for Intervenor-Defendants*
*Southern Utah Wilderness Alliance, et al*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2026, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF COUNSEL (MITCH M. LONGSON)** to the Clerk's Office for the United States District Court for the District of Utah using the District Court's CM/ECF System, which shall electronically serve a copy of the foregoing upon counsel of record for all parties in the above-entitled matter.

                                                      /s/ Lori Anderson