Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
Stephen K. Kaiser (#18146)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov
skkaiser@agutah.gov

*Attorneys for Plaintiff State of Utah*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH RESPONSE TO SUWA'S MOTION TO INTERVENE**<br><br>Case No. 4:25-cv-00059<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-1(a)(7), Plaintiffs Kane County, Utah, and the State of Utah (collectively "Plaintiffs") move for leave to file an overlength Response to Southern Utah

Wilderness Alliance's ("SUWA") Motion to Intervene, not to exceed 4,100 words. As described below, good cause exists for the Court to grant leave.

Plaintiffs intend to file a response to SUWA's Motion to Intervene, which was filed on December 22, 2025.[1] The District of Utah's local rules typically limit such responses to 10 pages or 3,100 words.[2] However, the instant motion involves extensive procedural and factual issues that require a detailed explanation to properly address SUWA's intervention request. The standard 10-page limit is insufficient to adequately respond to the motion.

Plaintiffs therefore respectfully move for leave to file an overlength response with a modest increase of 1,000 words (roughly equivalent to 3 pages), for a limit of 4,100 words. Plaintiffs have conferred with counsel for the United States and SUWA and can represent that they take no position on the motion.

A proposed order granting this motion is filed contemporaneously herewith.

RESPECTFULLY SUBMITTED this 23rd day of January, 2026.

HOLLAND & HART LLP

/s/ Ryder Seamons
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
Ryder Seamons
*Attorneys for Plaintiff Kane County, Utah*

---

[1] ECF No. 30.

[2] The Local Rules of Civil Practice do not provide a specific page limit for responses to motions to intervene. Thus, the Rules' catch-all limit of 10 pages or 3,100 words applies. *See* DUCivR 7-1(a)(4)(D).

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Kathy A.F. Davis*
*(Signed by Filing Attorney with Permission of Kathy A.F. Davis)*
Kathy A.F. Davis
K. Tess Davis
Stephen K. Kaiser
Assistant Attorneys General
*Attorneys for Plaintiff State of Utah*