# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH RESPONSE TO SUWA'S MOTION TO INTERVENE**<br><br>Case No. 4:25-cv-00059<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

THIS MATTER comes before the Court upon Plaintiffs' Unopposed Motion for Leave to File Overlength Response to the Southern Utah Wilderness Alliance's ("SUWA") Motion to Intervene. For the good cause shown, it is hereby ORDERED that Plaintiffs' motion is granted. Plaintiffs may file their Response with a 4,100 word limit.

IT IS SO ORDERED.

DATED this ___ day of January, 2026.

BY THE COURT:

_____
Judge David Nuffer
United States District Court Judge

36870262_v1