Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' RULE 57 MOTION FOR DECLARATORY RELIEF**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah (collectively, "Plaintiffs") respectfully give notice of their withdrawal of the pending Rule 57 Motion for Declaratory Relief filed June

13, 2025.[1] Defendant the United States filed a Partial Quiet Title Act Disclaimer on December 19, 2025.[2] As noted therein, "further proceedings may be necessary to the extent that Plaintiffs assert a claim that exceeds the scope disclaimed herein."[3]

Plaintiffs' Rule 57 Motion for Declaratory Relief was procedurally limited to the question of whether Plaintiffs own title to an R.S. 2477 right-of-way for the K1000 Sand Dunes Road. In that respect, Plaintiffs believe the partial disclaimer may have mooted the Rule 57 Motion and hereby withdraw their motion.

Plaintiffs will work with the United States to try to address the proper procedure or hearings necessary to address the remaining issues in this lawsuit.

DATED this 23rd day of January, 2026.

HOLLAND & HART LLP

/s/ Ryder Seamons
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
Ryder Seamons
*Attorneys for Plaintiff Kane County, Utah*

UTAH ATTORNEY GENERAL'S OFFICE

/s/ K. Tess Davis
*(Signed by Filing Attorney with Permission of K. Tess Davis)*
Kathy A.F. Davis
K. Tess Davis
Assistant Attorneys General
*Attorneys for Plaintiff State of Utah*

36864822_v1

---

[1] ECF No. 14.

[2] ECF No. 29.

[3] *Id*. at 2.