IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH RESPONSE TO SUWA'S MOTION TO INTERVENE<br><br>Case No. 4:25-cv-00059-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

THIS MATTER comes before the Court upon Plaintiffs' Unopposed Motion for Leave to File Overlength Response to the Southern Utah Wilderness Alliance's ("SUWA") Motion to Intervene.[1] For the good cause shown, it is hereby ORDERED that Plaintiffs' motion is granted. Plaintiffs may file their Response with a 4,100 word limit.

SO ORDERED this 26th day of January, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 43, filed January 23, 2026.