# EXHIBIT 2

HOLLAND & HART LLP
Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

**IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **DECLARATION OF BERT HARRIS**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Bert Harris, declare as follows:

1.    I am over twenty-one (21) years of age and have personal knowledge of the matters stated in this declaration and am competent to make this declaration.

2.    I have lived in Kane County, Utah ("Kane County" or the "County") for my entire

life, except for four years when I attended school and went on a service mission.

3.      I have worked for the Kane County Road Department since 1991. I was first hired as a weed sprayer and road worker. Around 2000, I became the lead operator within the Department. In 2006, I became the Road Maintenance Director, and I still hold that position today.

4.      I have been directly involved in Kane County road and transportation matters since approximately 1991, when I began working for the Road Department. Through this work, I became familiar with the Sand Dunes Road (K1000). Over the years, I have conducted various maintenance and repairs on the Sand Dunes Road, I have plowed snow off the road, and I have traveled it often. As part of my duties as the Director, any time my department learns of issues with the road that may pose safety risks to the public, we act as promptly as possible to get it fixed.

5.      On Monday, January 19, 2026, I traveled the Sand Dunes Road and took a number of photographs that I reference throughout this declaration.

6.      The Sand Dunes Road is located in southwestern Kane County. It begins at the south border of Utah and Arizona near the SWNW of Section 9, Township 44 South, Range 9 West, S.L.M. The photos below show the road at the Utah/Arizona border. The first is from the state line looking north (into Utah) and the second is from the state line looking south (into Arizona). The portion of the Arizona road proximate to the border is chip sealed.

 

7.    The Sand Dunes Road proceeds approximately twenty miles to the northeast, where it ends at the intersection with Utah State Highway 89 in Section 5, Township 42 South, Range 7 West, S.L.M. The photos below show the road where it intersects with Highway 89, looking both directions.

 

8.      I have been directly and indirectly involved in road and transportation matters pertaining specifically to the Sand Dunes Road since approximately 1992. My first recollection of working on the Sand Dunes Road was in 1992. That year, I helped install an eight foot culvert near the Joe Creek outlet, which is approximately seven miles from the Utah/Arizona border. In 1993-94, I observed the installation of chip seal from the Coral Pink Sand Dunes State Park down to the state line. Previously, that section of the road was gravel. At some point before I worked for the Road Department, the Sand Dunes Road was paved with asphalt from its intersection with Highway 89 down to the Coral Pink Sand Dunes State Park.

9.      Part of my job duties during this time involved plowing snow from the entirety of the Sand Dunes Road. I recall that in 1996 or 1997, asphalt was put on the road starting at the state line and traveling up near the state park. That portion of the road has not been repaved with asphalt since that time.

10.     Currently, a majority of the Sand Dunes Road is paved with asphalt. Specifically, the road is paved with asphalt from the Arizona border for approximately 3.5 miles, where it switches from asphalt to chip seal. The chip sealed portion of the road continues for approximately 4.25 miles, until the road reaches the Coral Pink Sand Dunes State Park. After that point, the Sand Dunes Road is paved with asphalt up to the point where it meets Highway 89.

11.     The image below is a screenshot I took of google maps showing the Sand Dunes Road. I then plotted the area of the road that is chip sealed with a red line.



12.       Generally, paving a road with asphalt is preferable to chip sealing a road. Asphalt is typically a minimum of 2.5 to 3 inches thick, with a maximum thickness of up to 5 inches. Chip seal, on the other hand, is typically only about 3/8-1/2 inch thick per layer. Vehicle traffic, especially heavy vehicle traffic, leads to significantly more damage to chip seal than asphalt, due to how thin chip seal is compared to asphalt. Put simply, chip seal is a lot more fragile than asphalt. The photos below show the difference in thickness between chip seal and asphalt. However, it is not always obvious to the untrained eye whether a road is chip sealed or paved with asphalt.

 

13.     Additionally, chip seal with sand as a base—like the Sand Dunes Road— has a tendency to break off the edges of the road. This occurs when vehicles travel on the outer edges of the road; for example, when two vehicles pass one another and swing out wide. The edge of the chip seal has a tendency to crumble under the weight of a vehicle. For example, in the photo below, you can see where the edge of the chip sealed road has crumbled away and where we have had to repair it by adding asphalt.



14.    Chip seal has to be repaired and maintained more often than asphalt paving. Ideally, a new layer of chip seal should be added to the road every 5-7 years to maintain the integrity and thickness of the travel surface. Although asphalt is preferable to chip seal, it is also much more expensive. Thus, asphalt is not always an option for the County.

15.    Over the years, I have helped repair and maintain the Sand Dunes Road. Part of the maintenance that we undertake is clearing brush back from the sides of the road. We do this for several reasons, all related to safety. A primary reason is for visibility. If brush exists too close to the road, travelers cannot see wildlife, like deer, or open range cattle. During the winter months, deer move south and congregate in the wooded and brush areas on either side of the Sand Dunes Road. Keeping the vegetation mowed down and brushed back off the road provides travelers with greater ability to avoid colliding with deer crossing the road. It also helps drivers see one another around curves in the road. In the photos below, you can see the vegetation brushed back from each side of the Sand Dunes Road.

 

16.    Other repair and maintenance I have done on the Sand Dunes Road has involved culverts. The Sand Dunes Road contains a number of culverts. For example, the photo below shows the outlet of a culvert extending outside of the travel surface of the Sand Dunes Road.



17.    As the photos show, the width of the travel surface of Sand Dunes Road changes throughout its course by a few feet. Additionally, the width of the disturbed area changes.

18.    In my duties as Director, I was made aware of the National Park Service's plan to close the Zion – Mount Carmel Tunnel to oversized vehicles this summer. We expect that the Sand Dunes Road will serve as an alternate route for visitors accessing Zion National Park, and for those traveling from Zion National Park to Bryce Canyon National Park. This is because it is the shortest route to get that direction; the alternative route would likely take 45 minutes to an hour longer.

19.    I am also personally familiar with Indian Canyon, Hell's Dive Canyon, and Water Canyon. These areas are not adjacent to the Sand Dunes Roads, but are accessed by the Sand Springs Road that connects to the Hancock Road.

20.     As a County, we try to be proactive and prepared for changes in traffic and road use so that we can ensure our roads are capable of handling heavier traffic, and to keep road users safe. I have already observed increasing traffic on the Sand Dunes Road over the last several years, but I expect this traffic to increase even more this summer when the tunnel is closed.

21.     The County has received funds to improve the surface of Sand Dunes Road by repaving it with asphalt. At this time, I believe the funds will be sufficient to pave from the Utah/Arizona border up to the north end of the Coral Pink Sand Dunes Park. However, we will not be able to repave the entirety of the road at this time.

22.     In my experience, repaving a road that is already paved, like the Sand Dunes Road, does not itself cause increased traffic on the road. Instead, it makes existing travel on the road safer by making the travel surface stronger and provides a longer-lasting surface. This type of road work ensures that the public can continue to safely access the natural treasures of Southern Utah.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of January, 2026.

_/s/ Bert Harris_____
Bert Harris