# EXHIBIT 4

FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 2, 2014**

Elisabeth A. Shumaker
Clerk of Court

_____

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision,<br><br>    Plaintiff - Appellant/Cross-Appellee,<br><br>and<br><br>THE STATE OF UTAH,<br><br>    Intervenor Plaintiff - Appellant/Cross-Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant - Appellee/Cross-Appellant.<br><br>-----------------------------<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et al.,<br><br>    Movants.<br><br>-----------------------------<br><br>SIERRA CLUB, et al.,<br><br>    Amici Curiae. | Nos. 13-4108, 13-4109 & 13-4110<br>(D.C. No. 2:08-CV-00315-CW) |

_____

**ORDER**

_____

At the specific direction of the panel assigned to hear these cases at oral argument on September 29, 2014, these matters are before the court on the motion of the Southern Utah Wilderness Alliance and The Wilderness Society to intervene in the appeals. We also have responses in opposition to the motion, as well as a reply.

On November 13, 2013, the motion to intervene was granted provisionally, but the order also noted that provisional ruling would be "subject to reconsideration by the panel of judges that [would] be assigned later." The panel has now considered the motion, the responses and reply, as well as all the briefing in these matters. Upon consideration, and at the direction of that panel, the motion to intervene is denied.

                                Entered for the Court

                                */s/ Elisabeth A. Shumaker*

                                ELISABETH A. SHUMAKER, Clerk