ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH (5), a Utah political subdivision; and STATE OF UTAH, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **AMENDED PARTIAL QUIET TITLE ACT DISCLAIMER** <br><br> Case No. 4:25-cv-00059-DN-PK <br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

COMES NOW the United States of America, by and through undersigned counsel, and, under 28 U.S.C. § 2409a(e), partially disclaims an interest adverse to the claim of the Plaintiffs, Kane County, Utah, and the State of Utah, to an approximately 66-foot highway right-of-way established under 43 U.S.C. § 932 (repealed) ("R.S. 2477") known as the Sand Dunes Road or K1000 asserted in Plaintiffs' Complaint in this action filed May 6, 2025 (Dkt. No. 1). This disclaimer amends the Partial Quiet Title Act Disclaimer (Dkt. No. 29) already on file.

Specifically, the United States disclaims any title interest in the Sand Dunes Road that is consistent with a two-lane highway that was established by October 21, 1976, including the right to conduct routine maintenance. This road commences at the southern border of the State of Utah near the SWNW of Section 9, Township 44 South, Range 9, and traverses federal public

land in Sections 3, 4, and 9 of Township 44 South, Range 9 West, S.L.M.; section 35 of

Township 43 South, Range 9 West, S.L.M.; Sections 1, 12, 13, 14, 27, 31, and 33 of Township

43 South, Range 8 West, S.L.M.; Section 6 in Township 43 South, Range 7 West, S.L.M.; and

Sections 5, 8, 17, 18, 19, 30, and 31 in Township 42 South, Range 7 West, S.L.M., and then

terminates upon intersecting with Utah State Highway 89 in the NWSE of Section 5, Township

42 South, Range 7 West, S.L.M.  The centerline of this road is identified with reasonable

accuracy in Exhibit 2 of Plaintiffs' Complaint (Dkt. No. 1-2).  This road is currently paved,

except for a 4-mile section that is currently chip-sealed.  The chip-sealed section is located near

the Coral Pink Sand Dunes State Park.  The road has a travel surface generally ranging between

24 to 26 feet with the widest portions of the travel surface at approximately 30 feet.  This road

includes culverts, other drainage features extending beyond the travel surface, and the clearing of

vegetation also extending beyond the travel surface, with such disturbances generally ranging

between 47 and 66 feet (and in some instances extending beyond the claimed 66 foot right-of-

way).[1]  This road traditionally has been used by the general public as a thoroughfare to western

points, including St. George, Utah, and to the Arizona State border, and also to provide public

access to recreational uses, including access to the Coral Pink Sand Dunes State Park, among

other public uses.

Further proceedings may be necessary to the extent that Plaintiffs assert a claim that

exceeds the scope disclaimed herein.

---

[1]  Based on an analysis of aerial photographs taken in 1974 and 2021, using
measurements taken approximately every quarter mile, the average width of total disturbance
was 72 feet and 67 feet, respectively, with at least three-fourths of the observed measurements at
or exceeding 47 feet.

RESPECTFULLY SUBMITTED this 13th day of March, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for the United States*