THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY (5), UTAH, a political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Proposed Intervenor-Defendant. | **ORDER WITHDRAWING MEMORANDUM DECISION AND ORDERING MEMORANDA**<br><br>Case No. 4:25-cv-0059-DN-PK<br><br>District Judge David Nuffer |

On Friday March 13, 2026, two significant filings were made in this case. First, at 9:53 a.m., the United States filed its Amended Partial Quiet Title Act Disclaimer[1] (Amended Partial QTA Disclaimer) which made significant changes from the Partial Quiet Title Act Disclaimer[2] filed three months earlier. Second, the Memorandum Decision and Order Granting Motion to Intervene as of Right[3] (Intervention Order) was filed at 3:03 p.m. Because notices of filing are not delivered to chambers until the next working day, the Intervention Order was entered without chambers' actual knowledge of the Amended Partial QTA Disclaimer.

IT IS HEREBY ORDERED that the Intervention Order is withdrawn.

---

[1] Docket no. 51, March 13, 2026.

[2] Docket no. 29, December 19, 2025.

[3] Docket no. 52, filed March 13, 2026.

IT IS FURTHER ORDERED that:

a. on or before April 2, 2026, the parties to the case, Plaintiffs and Defendant, shall file memoranda describing the impact of the Amended Partial QTA Disclaimer on this case;

b. on or before April 2, 2026, Southern Utah Wilderness Alliance shall file a memorandum describing the impact of the Amended Partial QTA Disclaimer on its motion to intervene;[4] and

c. on or before April 9, 2026, any party and SUWA may file a response to a previously filed memorandum.

Signed March 16, 2026.

BY THE COURT

_____
David Nuffer, United States District Judge

---

[4] Motion to Intervene as of Right and Memorandum in Support, docket no. 30, December 22, 2025.