# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

KANE COUNTY (5), UTAH, a
political subdivision, and the STATE
OF UTAH          ,
     Plaintiffs,

UNITED STATES OF AMERICA,

and

SOUTHERN UTAH WILDERNESS
ALLIANCE,

Proposed Intervenor-Defendant.

_____

## <u>TRANSCRIPT PURCHASE NOTICE</u>

    Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☐    Attorney:   BENJAMIN RYDER SEAMONS
                      HOLLAND & HART LLP for KANE COUNTY and also HANNA C.
                      LARSEN for SUWA

☐    Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 1.16.26 | Motion Hearing before Judge David Nuffer |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**

Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

| 3/16/26 | Teena Green |
|---|---|
| | Court Reporter |