Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **UNOPPOSED MOTION FOR ORDER TO CONFIRM AMENDED PARTIAL QUIET TITLE ACT DISCLAIMER**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah ("Plaintiffs") hereby submit this Unopposed Motion For Order To Confirm Amended Partial Quiet Title Act Disclaimer.

On February 13, 2026, the United States of America ("United States") filed an Amended Partial Quiet Title Act Disclaimer (ECF 51) ("Amended Partial Disclaimer"). The Quiet Title

Act ("QTA"), provides that if "the United States disclaims all interest in the real property or interest therein adverse to the plaintiff at any time prior to the actual commencement of the trial, which disclaimer is confirmed by order of the court, the jurisdiction of the district court shall cease" unless the Court has jurisdiction independent from the QTA.[1]

Plaintiffs intend to dismiss their QTA claim in light of the Amended Partial Disclaimer, notwithstanding any inconsistency between the Amended Partial Disclaimer and the alleged right of way as described in the Complaint. Accordingly, Plaintiffs request the court to enter its order confirming the Amended Partial Disclaimer under the QTA. The undersigned is authorized to represent to the Court that the United States does not oppose this motion. A proposed form of order is attached hereto.[2]

Respectfully submitted this 23rd day of March, 2026.

HOLLAND & HART LLP

*/s/ Shawn T. Welch*
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
Ryder Seamons
Attorneys for Plaintiff Kane County, Utah

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ K. Tess Davis\**
Kathy A.F. Davis
K. Tess Davis
Assistant Attorneys General
Attorneys for Plaintiff State of Utah

* Signed with permission given to filing counsel

37305374_v2

---

[1] 28 U.S.C. § 2409a(e)

[2] Upon confirmation of the Amended Partial Disclaimer, Plaintiffs will file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).