**IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | **ORDER CONFIRMING AMENDED PARTIAL QUIET TITLE ACT DISCLAIMER**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter came before the Court upon Plaintiffs Kane County, Utah's and the State of Utah's unopposed motion to confirm the Amended Partial Quiet Title Act Disclaimer (ECF 51), notwithstanding any inconsistency between the Amended Partial Disclaimer and the alleged right of way as described in the Complaint. For the good cause shown, it is hereby ORDERED that the Amended Partial Disclaimer is confirmed pursuant to 28 U.S.C. § 2409a(e).

IT IS SO ORDERED.

DATED this ___ day of March, 2026.

        BY THE COURT:


        _____
        Judge David Nuffer
        United States District Court Judge

37146344_v3