Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>     Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br>     Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>     Proposed Intervenor-Defendant. | **MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION FOR ORDER TO CONFIRM AMENDED PARTIAL DISCLAIMER**<br><br>Case No. 4:25-cv-00059-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Proposed Intervenor-Defendants Southern Utah Wilderness Alliance ("SUWA"), through

counsel, respectfully submits this Motion for Leave to File a Response to Plaintiffs'

"Unopposed" Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimer.

On March 13, 2026, Defendant United States filed an Amended Partial Quiet Title Act Disclaimer ("Amended Partial Disclaimer") that "partially disclaims an interest adverse to" Plaintiffs' Revised Statute ("R.S.") 2477 claim to the K1000 Sand Dunes Road.[1] That same day, recognizing that SUWA has an interest that may be impaired by this Quiet Title Act litigation over the Sand Dunes Road, this Court granted SUWA intervention as of right in this case.[2] However, having not realized that the United States filed the Amended Partial Disclaimer, the Court withdrew its intervention decision and ordered supplemental briefing on the impact of the Amended Partial Disclaimer on this case and on SUWA's motion to intervene.[3] That briefing is ongoing and due April 2, 2026.[4]

One week later, Plaintiffs filed an Unopposed Motion for Order to Confirm Amended Partial Title Act Disclaimer (the "Confirmation Motion").[5] Despite being styled as "unopposed," Plaintiffs did not confer with SUWA prior to filing the Confirmation Motion[6] and had Plaintiffs done so, SUWA would have indicated that it opposed the Confirmation Motion on the same jurisdictional bases raised in its proposed Motion to Dismiss. As such, the Court should decide the issue of SUWA's intervention before addressing the Confirmation Motion. Specifically, the Court will benefit from having SUWA's perspective on the Confirmation Motion because, as detailed in its proposed response to the Confirmation Motion (attached as Exhibit 1), there are

---

[1] *See generally* Amended Partial Quiet Title Act Disclaimer ("Amended Partial Disclaimer") (ECF No. 51).

[2] *See generally* Mem. Decision and Order Granting Mot. to Intervene As of Right (ECF No. 52).

[3] Order Mem. Decision and Ordering Mem. 1-2 (ECF No. 53).

[4] *Id.* at 2.

[5] *See generally* Unopposed Mot. for Order to Confirm Amended Partial Quiet Title Act Disclaimer ("Confirmation Motion") (ECF No. 56).

[6] *But see id.* at 2 (stating that Plaintiffs' counsel is "authorized to represent to the Court that the United States does not oppose this motion").

outstanding procedural and jurisdictional issues that must be addressed before the Court may consider whether to approve the Amended Partial Disclaimer and the United States is unwilling to raise those issues.

For the foregoing reasons, good cause exists to grant SUWA leave to file a response to the Confirmation Motion and SUWA respectfully requests that the Court do so.

Respectfully submitted March 26, 2026.

/s/ *Hanna Larsen*
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson, #15661
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee, #16703
HOGGAN LEE HUTCHINSON

*Attorneys for Proposed Intervenor-Defendants*
*Southern Utah Wilderness Alliance*

3