IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**, Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Proposed Intervenor-Defendant. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE RESPONSE TO PLAINTIFFS' MOTION (ECF NO. 56)**<br><br>Case Nos. 4:25-cv-00059-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter comes before the Court upon the Motion for Leave to File a Response to Plaintiffs' Unopposed Motion for an Order to Confirm Amended Partial Quiet Title Act Disclaimer filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance ("SUWA"). Having reviewed the Motion for the good cause shown, SUWA's Motion is GRANTED.

Signed this ___ day of _____, 2026.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge

PAUL KOHLER
United States Magistrate Judge