THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER REGARDING SUPPLEMENTAL MEMORANDA**<br><br>Case No. 4:25-cv-00059-DN-PK<br>District Judge David Nuffer |

This order directs that additional topics be discussed in memoranda already scheduled to be submitted.

Background:

- On March 13, 2026, the United States filed an Amended Partial Quiet Title Act Disclaimer ("Disclaimer").[1]

- On March 16, 2026, an order issued directing the parties to the case (Plaintiffs and Defendant) and Southern Utah Wilderness Alliance ("SUWA"), a nonparty seeking intervention,[2] to file memoranda describing the impact of the Amended Partial QTA Disclaimer on this case.[3]

- On March 23, 2026, Kane County filed its Unopposed [sic] Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimer ("Confirmation Motion") in

---

[1] United States' Amended Partial Quiet Title Act Disclaimer, 4:25-cv-59 docket no. 51, March 13, 2026.

[2] Motion to Intervene as of Right and Memorandum in Support, docket no. 30, December 22, 2025.

[3] Order Withdrawing Memorandum Decision and Ordering Memoranda, docket no. 53, filed March 16, 2026.

4:25-cv-59-DN-PK.[4] The Confirmation Motion essentially accepts the Disclaimer and states that "Plaintiffs intend to dismiss their QTA claim in light of the Amended Partial Disclaimer, notwithstanding any inconsistency between the Amended Partial Disclaimer and the alleged right of way as described in the Complaint."[5]

- On March 26, 2026, SUWA filed a motion for leave to file a response ("Motion to Respond") to the Confirmation Motion.[6] The attached proposed response raises two principal reasons the Confirmation Motion should be denied: first, that SUWA's pending motion to intervene and its attached proposed motion to dismiss should be considered before confirmation;[7] and second, that the Quiet Title Act does not permit partial disclaimers.[8]

IT IS HEREBY ORDERED THAT:

a.   On or before April 2, 2026, the parties to the case, Plaintiffs and Defendant, shall file memoranda

  i.   describing the differences between the scope of the right-of-way sought in the Complaint and the scope of the Disclaimer; and

  ii.   supporting the use of a partial disclaimer in a Quiet Title Act case.

---

[4] Kane County's Unopposed Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimer, 4:25-cv-59 docket no. 56, March 23, 2026. The Confirmation Motion is not opposed by the parties to the case but SUWA, pending intervention, is not in accord.

[5] Confirmation Motion at 2.

[6] Motion for Leave to File a Response to Plaintiffs' "Unopposed" Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimer, docket no. 58, filed March 26, 2026.

[7] *Id.* at 3-5.

[8] *Id.* at 5-7.

b.  On or before April 9, 2026, Southern Utah Wilderness Alliance may file a memorandum responding to the memoranda submitted under paragraph a.

c.  On or before April 16, 2026, any party and SUWA may file a response to a memorandum previously filed under this order.

Signed March 26, 2026.

BY THE COURT

David Nuffer
United States District Judge

3