Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Proposed Intervenor-Defendant. | **NOTICE OF ERRATA TO SUWA'S SUPPLMENTAL MEMORANDUM IN SUPPORT OF SUWA'S MOTION TO INTERENE**<br><br>Case No. 4:25-cv-00059-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Proposed Intervenor-Defendant Southern Utah Wilderness Alliance ("SUWA")

respectfully submits this Errata to its Supplemental Memorandum in Support of SUWA's Motion

to Intervene, which was filed on April 2, 2026 (ECF No. 65). On page 2 of SUWA's

Supplemental Memorandum, a comment containing confidential attorney work product was inadvertently left in the document. A revised version of SUWA's Supplemental Memorandum correcting this error is attached as Exhibit 1. No other changes were made to the Supplemental Memorandum.

Respectfully submitted April 2, 2026.

/s/ *Hanna Larsen*
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson, #15661
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee, #16703
HOGGAN LEE HUTCHINSON

*Attorneys for Proposed Intervenor-Defendants*
*Southern Utah Wilderness Alliance*