Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **PLAINTIFFS' REPLY** <br><br> Case No. 4:25-cv-00059 DN-PK <br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah ("Kane County") and the State of Utah ("State")

(collectively "Plaintiffs") hereby submit their Reply to SUWA's Response to the Parties'

Supplemental Memoranda on the Impact of the Amended Partial Disclaimer ("Response").

This lawsuit has reached its conclusion. Plaintiffs filed suit under the federal Quiet Title Act ("QTA").[1] The United States, the only possible title defendant, disclaimed the disputed title interest. Proposed Intervenors, the Southern Utah Wilderness Alliance ("SUWA"), has no title to claim or defend, and this title lawsuit should be dismissed.

Plaintiffs filed suit and won title to the Sand Dunes Road and a 66-foot right-of-way over a decade ago. Plaintiffs have owned and operated the K1000 Sand Dunes Road for close to a century. The Defendant, the United States, filed its disclaimer and there is nothing more for this Court to litigate.

Filed this 16th day of April, 2026.

HOLLAND & HART LLP

*/s/ Shawn T. Welch*
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
Ryder Seamons
Attorneys for Plaintiff Kane County, Utah

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ K. Tess Davis**
Kathy A.F. Davis
K. Tess Davis
Assistant Attorneys General
Attorneys for Plaintiff State of Utah

* Signed with permission given to filing counsel

37621538_v1

---

[1] 28 U.S.C. 2409a