## THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER CONFIRMING AMENDED PARTIAL QUIET TITLE ACT DISCLAIMER**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter came before the Court upon Plaintiffs Kane County, Utah's and the State of Utah's unopposed motion to confirm the Amended Partial Quiet Title Act Disclaimer (ECF 51), notwithstanding any inconsistency between the Amended Partial Disclaimer and the alleged right of way as described in the Complaint. For the good cause shown, it is hereby ORDERED that the Amended Partial Disclaimer is confirmed pursuant to 28 U.S.C. § 2409a(e).

IT IS SO ORDERED.

DATED this 17th day of April, 2026.

BY THE COURT:

Judge David Nuffer
United States District Court Judge