Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH**, a political subdivision, and the **STATE OF UTAH**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant, and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Proposed Intervenor-Defendant. | **NOTICE OF APPEAL** <br><br> Case Nos. 4:25-cv-00059-DN <br><br> Judge David Nuffer |

Proposed Intervenor-Defendant Southern Utah Wilderness Alliance appeals to the United States Court of Appeals for the Tenth Circuit the following: (1) Memorandum Decision and Order Granting Motion to Confirm Amended Partial Quiet Title Act Disclaimer (ECF No. 72),

entered on April 17, 2026; (2) Order Confirming Amended Partial Quiet Title Act Disclaimer

(ECF No. 73), entered on April 17, 2026; and (3) Notice of Voluntary Dismissal (ECF No. 74),

filed on April 20, 2026.


DATED June 8, 2026.

/s/ *Hanna Larsen*
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson, #15661
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee, #16703
HOGGAN LEE HUTCHINSON

*Attorneys for Proposed Intervenor-Defendants*
*Southern Utah Wilderness Alliance*

2