ACCO,APPEAL,CLOSED,LOC_SGU

Email All Attys
Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
## District of Utah (Southern Region)
## CIVIL DOCKET FOR CASE #: <u>4:25–cv–00059–DN</u>

| | |
|---|---|
| Kane County et al v. United States of America | Date Filed: 05/06/2025 |
| Assigned to: Judge David Nuffer | Date Terminated: 04/20/2026 |
| Cause: 28:2409(a) Quiet Title Action | Jury Demand: None |
| | Nature of Suit: 290 Real Property: Other |
| | Jurisdiction: U.S. Government Defendant |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Kane County**<br>*a Utah political subdivision* | represented by | **Benjamin Ryder Seamons**<br>HOLLAND & HART LLP<br>222 S MAIN ST STE 2200<br>SALT LAKE CITY, UT 84101<br>801–824–6766<br>Email: <u>brseamons@hollandhart.com</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 19681*<br>*Bar Status: Active* |

**Jeffrey N. Stott**
KANE COUNTY ATTORNEY
76 N MAIN ST
KANAB, UT 84741
801–664–9101
Email: <u>jstott@kane.utah.gov</u>
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 14344*
*Bar Status: Active*

**Richard D. Flint**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
(801)799–5800
Email: <u>rdflint@hollandhart.com</u>
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 7525*
*Bar Status: Active*

**Sydney Jo Sell**
HOLLAND & HART LLP
222 S MAIN ST STE 2200

SALT LAKE CITY, UT 84101
208–598–2122
Email: sjsell@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 17313*
*Bar Status: Active*

**Shawn T. Welch**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
(801) 799–5889
Email: stwelch@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Bar Number: 7113*
*Bar Status: Active*

**Plaintiff**

**State of Utah**                    represented by    **Kaitlin Tess Davis**
UTAH ATTORNEY GENERAL'S
OFFICE (1594)
NATURAL RESOURCES DIVISION
1594 W NORTH TEMPLE STE 300
SALT LAKE CITY, UT 84116
385–261–0360
Email: kaitlindavis@agutah.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 15831*
*Bar Status: Active*

**Kathy A. F. Davis**
UTAH ATTORNEY GENERAL'S
OFFICE (1594)
NATURAL RESOURCES DIVISION
1594 W NORTH TEMPLE STE 300
SALT LAKE CITY, UT 84116
801–888–1876
Email: kathydavis@agutah.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 4022*
*Bar Status: Active*

**Stephen Kaiser**
UTAH ATTORNEY GENERAL'S
OFFICE–DNR
1594 W NORTH TEMPLE STE 320
SALT LAKE CITY, UT 84116
385–443–3509
Email: skkaiser@agutah.gov

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 18146*
*Bar Status: Active*

V.

**Defendant**

**United States of America**                represented by  **Joseph Hosu Kim**
US DEPARTMENT OF JUSTICE
ENRD/NRS
PO BOX 7611
WASHINGTON, DC 20044
(202)305−0207
Email: joseph.kim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Federal*

**Movant**

**Southern Utah Wilderness Alliance**        represented by  **Hanna C. Larsen**
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 E 100 S
SALT LAKE CITY, UT 84111
801−428−3992
Email: hanna@suwa.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 18458*
*Bar Status: Active*

**Mitchell M. Longson**
MANNING CURTIS BRADSHAW &
BEDNAR PLLC
201 S MAIN ST STE 750
SALT LAKE CITY, UT 84111
(801)363−5678
Email: mlongson@mc2b.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 15661*
*Bar Status: Active*

**Stephen H. Bloch**
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 E 100 S
SALT LAKE CITY, UT 84111

3

(801)486−3161
Email: steve@suwa.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 7813*
*Bar Status: Active*

**Trevor J. Lee**
HOGGAN LEE HUTCHINSON
1225 DEER VALLEY DR STE 201
PARK CITY, UT 84060
435−615−2264
Email: trevor@hlh.law
*ATTORNEY TO BE NOTICED*
*Bar Number: 16703*
*Bar Status: Active*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2025 | 1 | COMPLAINT against United States of America (Filing fee $ 405, receipt number AUTDC−5417973) filed by Kane County, Utah, State of Utah. (Attachments: # 1 Exhibit 1 – State of Utah 2000 Notice of Intent to Sue with Attachment, # 2 Exhibit 2 – Amended Sand Dunes Road (and GPS data), # 3 Exhibit 3 – Rule 30b6 K Hoffman excerpts, # 4 Exhibit 4 – T44S R9W CAD 1 OF 1 1910, # 5 Exhibit 5 – T43S R9W CAD 1 OF 2 1910, # 6 Exhibit 6 – T43S R8W CAD 1 OF 1 1910, # 7 Exhibit 7 – T43S R7W CAD 1 OF 1 1922, # 8 Exhibit 8 – T42S R7W CAD 1 OF 3 1909, # 9 Exhibit 9 – T44S R9W HI, # 10 Exhibit 10 – T43S R9W HI, # 11 Exhibit 11 – T43S R8W HI, # 12 Exhibit 12 – T43S R7W HI, # 13 Exhibit 13 – T42S R7W HI, # 14 Exhibit 14 – 1878 Froiseths Utah Territory Mineral Map, # 15 Exhibit 15 – Utah State Road Commission Map 1910, # 16 Exhibit 16 – 1937 Kane County Class B General Highway Map, # 17 Exhibit 17 – 1950 Kane County Class B General Highway Map, # 18 Exhibit 18 – 1956 Kane County Class B General Highway Map, # 19 Exhibit 19 – 1961 Kane County Class B General Highway Map, # 20 Exhibit 20 – 1965 Kane County Class B General Highway Map, # 21 Exhibit 21 – 1975 Kane County Class B General Highway Map, # 22 Exhibit 22 – 1984 Kane County Class B General Highway Map, # 23 Exhibit 23 – 1993 Kane County Class B General Highway Map, # 24 Civil Cover Sheet) (Welch, Shawn) (Entered: 05/06/2025) |
| 05/06/2025 | 2 | NOTICE FROM THE COURT re 1 Complaint. Attorney selected the incorrect division when creating the case. Case 2:25−cv−00358 will be closed and all pleadings will be transferred to case 4:25−cv−00059.<br><br>Case number will now read 4:25−cv−00059. (kec) (Entered: 05/06/2025) |
| 05/06/2025 |  | Judge David Nuffer added.<br><br>Case number will now read **4:25−cv−00059−DN.** Please make changes to document captions accordingly. (kec) (Entered: 05/06/2025) |
| 05/06/2025 | 3 | NOTICE OF MAGISTRATE JUDGE AVAILABILITY TO PRESIDE OVER CASE− Under 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and DUCivR 72−3, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all |

4

| | | |
|---|---|---|
| | | proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the form. To consent, return the Consent Form to the clerk's office within 21 days via email at consents@utd.uscourts.gov or mail at the address on the form. **Please do not efile the Consent Form in the case.** Notice emailed or mailed to Plaintiffs Kane County, Utah, State of Utah. (Notice generated by Clerk's office) Form due by 5/27/2025. (kec) (Entered: 05/06/2025) |
| 05/06/2025 | 4 | RECEIVED Magistrate Availability Form from Plaintiff Kane County, Utah. (mh) (Entered: 05/07/2025) |
| 05/07/2025 | 5 | NOTICE of Location:<br>This case is assigned to the Southern Region of the Central Division of the District of Utah. More information is on the court's Southern Region web page. (bmr) (Entered: 05/07/2025) |
| 05/07/2025 | 6 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Paul Kohler under 28:636 (b)(1)(A), Magistrate Judge to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge David Nuffer on 05/07/2025. (bmr) (Entered: 05/07/2025) |
| 05/08/2025 | | Modification of Docket. Correction: dft party name has been corrected to conform more closely with this court's "Standards and Guidelines for Adding Parties" (punctuation marks removed from names, state name removed from short name as it is correctly apparent in the related (and also corrected) party text "a Utah political subdivision"). (alt) (Entered: 05/08/2025) |
| 05/08/2025 | 7 | ORDER TO PROPOSE SCHEDULE – See order for details. Signed by Magistrate Judge Paul Kohler on 5/8/25 (alt) (Entered: 05/08/2025) |
| 05/08/2025 | 8 | ORDER Supplementing 7 Order to Propose Schedule. Signed by Magistrate Judge Paul Kohler on 5/8/25 (alt) (Entered: 05/08/2025) |
| 06/11/2025 | 9 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages filed by Plaintiff Kane County. (Attachments: # 1 Text of Proposed Order) Motions referred to Paul Kohler.(Sell, Sydney) (Entered: 06/11/2025) |
| 06/12/2025 | 10 | Motions No Longer Referred: 9 Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages. District Judge David Nuffer will handle the motion. (tlc) (Entered: 06/12/2025) |
| 06/13/2025 | 11 | DOCKET TEXT ORDER granting 9 Ex Parte (Not Sealed) Motion for Leave to File Excess Pages. So ordered by Judge David Nuffer on 6/12/25 (docket text only – no attached document) (alt) (Entered: 06/13/2025) |
| 06/13/2025 | 12 | Summons Issued Electronically as to ~~United States of America.~~ USA–Civil Process Clerk US Attorne's Office. y<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (mdj) Modified on 6/13/2025 Text stricken. Added text. The party issued was clarified in the text. (mdj). (Entered: 06/13/2025) |
| 06/13/2025 | 13 | Summons Issued Electronically as to ~~United States of America~~. USA Attorney General<br>Instructions to Counsel:<br>1. Click on the document number. |

| | | |
|---|---|---|
| | | 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (kop) Modified on 6/13/2025 text stricken, added text. Party issue was clarified in the text (kop). (Entered: 06/13/2025) |
| 06/13/2025 | 14 | MOTION for Declaratory Judgment filed by Plaintiff Kane County. (Attachments: # 1 Exhibit 1 – State of Utah 2000 Notice of Intent to Sue with Attachment, # 2 Exhibit 2 – Amended Sand Dunes Road (and GPS data), # 3 Exhibit 3 – Rule 30b6 K Hoffman excerpts, # 4 Exhibit 4 – T44S R9W CAD 1 OF 1 1910, # 5 Exhibit 5 – T43S R9W CAD 1 OF 2 1910, # 6 Exhibit 6 – T43S R8W CAD 1 OF 1 1910, # 7 Exhibit 7 – T43S R7W CAD 1 OF 1 1922, # 8 Exhibit 8 – T42S R7W CAD 1 OF 3 1909, # 9 Exhibit 9 – T44S R9W HI, # 10 Exhibit 10 – T43S R9W HI, # 11 Exhibit 11 – T43S R8W HI, # 12 Exhibit 12 – T43S R7W HI, # 13 Exhibit 13 – T42S R7W HI, # 14 Exhibit 14 – 1878 Froiseths Utah Territory Mineral Map, # 15 Exhibit 15 – Utah State Road Commission Map 1910, # 16 Exhibit 16 – 1937 Kane County Class B General Highway Map, # 17 Exhibit 17 – 1950 Kane County Class B General Highway Map, # 18 Exhibit 18 – 1956 Kane County Class B General Highway Map, # 19 Exhibit 19 – 1961 Kane County Class B General Highway Map, # 20 Exhibit 20 – 1965 Kane County Class B General Highway Map, # 21 Exhibit 21 – 1975 Kane County Class B General Highway Map, # 22 Exhibit 22 – 1984 Kane County Class B General Highway Map, # 23 Exhibit 23 – 1993 Kane County Class B General Highway Map, # 24 Exhibit 24 – Combined Trial Transcripts – Excerpts, # 25 Exhibit 25 – Compiled Depo Excerpts from Motion Partial SJ, # 26 Exhibit 26 – Harry Barber Testimony 8–24 excerpts, # 27 Exhibit 27 – Kane State Sand Dunes Rule 57 Declaration STW)(Welch, Shawn) (Entered: 06/13/2025) |
| 06/25/2025 | 15 | SUMMONS Returned Executed by Kane County. served on United States of America/Civil Process Clerk on 06/16/2025. (Sell, Sydney) (Entered: 06/25/2025) |
| 06/25/2025 | 16 | SUMMONS Returned Executed by Kane County. served on United States of America/ United States Attorney General on 06/17/2025. (Sell, Sydney) (Entered: 06/25/2025) |
| 06/26/2025 | 17 | NOTICE of Appearance by Joseph Hosu Kim on behalf of United States of America (Kim, Joseph) (Entered: 06/26/2025) |
| 06/27/2025 | 18 | NOTICE of of Answer Deadline by Kane County (Welch, Shawn) (Entered: 06/27/2025) |
| 08/05/2025 | 19 | First MOTION for Extension of Time to File Answer re 1 Complaint, filed by Defendant United States of America. (Attachments: # 1 Text of Proposed Order) Motions referred to Paul Kohler.(Kim, Joseph) Modified on 8/6/2025: removed incorrectly linked entry text (alt) (Entered: 08/05/2025) |
| 08/06/2025 | 20 | CLERK'S NOTICE OF ERROR re 19 First MOTION for Extension of Time to File Answer re 1 Complaint. Description of error: Motion is linked to document other than the pleading to be answered. The entry has been adjusted by removing the incorrect link and related entry text. (alt) (Entered: 08/06/2025) |
| 08/06/2025 | 21 | ORDER granting 19 Motion for Extension of Time to Answer re 1 Complaint. Defendant will file its answer/response to Complaint on or before 9/15/2025. Signed by Magistrate Judge Paul Kohler on 8/6/25 (alt) Modified on 8/6/2025: corrected entry text (alt) (Entered: 08/06/2025) |
| 09/03/2025 | 22 | MOTION for Extension of Time to File Answer re 1 Complaint,,,,, and Memorandum in Support *(Unopposed)* filed by Defendant United States of America. (Attachments: # 1 Text of Proposed Order) Motions referred to Paul Kohler.(Kim, Joseph) (Entered: |

6

| | | |
|---|---|---|
| | | 09/03/2025) |
| 09/04/2025 | 23 | ORDER granting 22 Motion for Extension of Time to Answer re 1 Complaint. Defendant will file its answer or otherwise plead on or before 10/15/2025. Signed by Magistrate Judge Paul Kohler on 9/4/25 (alt) (Entered: 09/04/2025) |
| 09/22/2025 | 24 | **NOTICE OF STATUS HEARING**: (Notice generated by DLE) Status Conference set for **10/29/2025 at 11:00 AM by remote videoconference before Judge David Nuffer.** Counsel will receive a link information by email at a later date. (dle) (Entered: 09/22/2025) |
| 10/03/2025 | | Case Stayed per General Order 25–005 (alt) (Entered: 10/03/2025) |
| 10/22/2025 | 25 | **NOTICE VACATING Status Conference HEARING** set for 10/29/2025 at 11:00 a.m. before Judge David Nuffer. Case stayed per General Order 25–005. (bmr) (Entered: 10/22/2025) |
| 11/19/2025 | 26 | ORDER LIFTING STAY and ordering counsel to meet and confer on or before 12/5/25, and file a notice of acceptable status conference dates and times. Signed by Judge David Nuffer on 11/19/25 (alt) (Entered: 11/19/2025) |
| 12/05/2025 | 27 | STATUS REPORT by United States of America. (Kim, Joseph) (Entered: 12/05/2025) |
| 12/05/2025 | 28 | STATUS REPORT by Kane County, State of Utah. (Welch, Shawn) (Entered: 12/05/2025) |
| 12/19/2025 | 29 | NOTICE of Partial QTA Disclaimer by United States of America (Kim, Joseph) (Entered: 12/19/2025) |
| 12/22/2025 | 30 | MOTION to Intervene and Memorandum in Support filed by Movant Southern Utah Wilderness Alliance. (Attachments: # 1 Exhibit Bloxham Declaration, # 2 Exhibit Feingold Declaration, # 3 Exhibit Proposed Motion to Dismiss, # 4 Text of Proposed Order) Motions referred to Paul Kohler.(Larsen, Hanna) (Entered: 12/22/2025) |
| 12/22/2025 | 31 | NOTICE of Intent to Oppose by Kane County re 30 MOTION to Intervene and Memorandum in Support (Sell, Sydney) (Entered: 12/22/2025) |
| 12/22/2025 | 32 | NOTICE of Appearance by Stephen H. Bloch on behalf of Southern Utah Wilderness Alliance (Bloch, Stephen) (Entered: 12/22/2025) |
| 12/30/2025 | 33 | DOCKET TEXT ORDER that on or before January 12, 2025, Plaintiffs shall respond to the 29 PARTIAL QUIET TITLE ACT DISCLAIMER filed by the United States of America stating the extent to which Plaintiffs assert a claim that exceeds the scope of disclaimed rights. In other words, what is left in this case? No attached document. Signed by Judge David Nuffer on December 30, 2025. (DN) (Entered: 12/30/2025) |
| 12/30/2025 | 34 | Motions No Longer Referred: 30 MOTION to Intervene. District Judge Nuffer will handle the motion. (DN) (Entered: 12/30/2025) |
| 12/30/2025 | 35 | MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Intervene filed by Plaintiff Kane County. (Attachments: # 1 Text of Proposed Order) Motions referred to Paul Kohler.(Sell, Sydney) (Entered: 12/30/2025) |
| 12/31/2025 | 36 | ORDER granting 35 Motion for Extension of Time to File Response to 30 Motion to Intervene. Response due by 1/19/2026. Signed by Magistrate Judge Paul Kohler on 12/31/2025. (dle) (Entered: 12/31/2025) |

| | | |
|---|---|---|
| 01/09/2026 | 37 | **NOTICE OF HEARING**: Status Conference set for 1/16/2026 at 09:00 AM in Rm 7.200 before Judge David Nuffer. (bmr) (Entered: 01/09/2026) |
| 01/09/2026 | 38 | NOTICE of Appearance by Trevor J. Lee on behalf of Southern Utah Wilderness Alliance (Lee, Trevor) (Entered: 01/09/2026) |
| 01/12/2026 | 39 | **AMENDED NOTICE OF HEARING**: Status Conference set for 1/16/2026 at 09:00 AM in Rm 3.400 before Judge David Nuffer. Please note courtroom change only. (bmr) (Entered: 01/12/2026) |
| 01/12/2026 | 40 | NOTICE of Plaintiffs' Statement of the Issues and Scheduling for A) The Sand Dunes Road, and B) The Hancock and Cave Lakes Roads by Kane County (Welch, Shawn) (Entered: 01/12/2026) |
| 01/15/2026 | 41 | NOTICE of Appearance by Mitchell M. Longson on behalf of Southern Utah Wilderness Alliance (Longson, Mitchell) (Entered: 01/15/2026) |
| 01/16/2026 | 42 | Minute Entry for proceedings held before Judge David Nuffer: Status Conference held on 1/16/2026. Counsel present for parties. Before the Court is a status conference on two matters, 4:25−CV−59 & 4:25−CV−90, to discuss how to proceed with scheduling, briefing, deadlines, and pending motions. IN CASE 4:25−CV−59, Court ordered response(s) to SUWAs 30 motion to intervene to be filed by 1/26/2026 and any reply(ies) by 2/9/2026. Court ordered briefing on Kane Countys 14 motion for declaratory judgment to be filed by 3/2/2026. Court set a 1/26/2026 deadline for the USA to file a motion to strike the motion for declaratory judgment or notice that a motion to strike will not be filed. Any response(s) due 2/2/2026, and reply(ies) due 2/9/2026. SUWAs deadline for filing a motion to dismiss is fourteen days after an order granting intervention. Within 30 days following the completion of briefing on the motions, counsel to prepare an attorney planning meeting report with a disposition plan and propose schedule. IN CASE 4:25−CV−90, Court ordered SUWA to move to intervene by 1/26/2026, with standard briefing schedule to follow. When ruling on the motion, the Court will set a schedule for the attorney planning report and proposed scheduling order in that case. As to both cases, Mr. Welch informed the court that the 59 case should take priority, due to upcoming schedule for repairs/improvements. The 90 case does not have the same urgency as 59. Discussion heard whether the cases should be handled by Judge Waddoups, who currently has Kane County (1) and Kane County (2) cases or if parties would prefer the cases remaining with Judge Nuffer. Kane County stated they would prefer the cases remain with Judge Nuffer. Court instructed counsel to meet, confer, and prepare a high−level procedural history to educate the court, including Judge Waddoups decisions of the Roads Cases.ATTORNEYS: KANE COUNTY: Shawn Welch, Ryder Seamons, Sydney Sell; STATE OF UTAH: Kathy Davis, Tess Davis, David Reay; USA: Joseph Kim; SUWA: Hanna Larsen, Stephen Bloch, Mitch Longson Court Reporter: Teena Green.(Time Start: 9:00, Time End: 11:10, Room 3.400.)(asb) Modified on 1/23/2026 (DN). (Entered: 01/23/2026) |
| 01/23/2026 | 43 | MOTION for Leave to File Excess Pages filed by Plaintiff Kane County. (Attachments: # 1 Text of Proposed Order) Motions referred to Paul Kohler.(Seamons, Benjamin) (Entered: 01/23/2026) |

| 01/23/2026 | 44 | NOTICE of Withdrawal by Kane County re 14 MOTION for Declaratory Judgment (Seamons, Benjamin) (Entered: 01/23/2026) |
|---|---|---|
| 01/26/2026 | 45 | RESPONSE to Motion re 30 MOTION to Intervene filed by Defendant United States of America. (Kim, Joseph) (Entered: 01/26/2026) |
| 01/26/2026 | 46 | ORDER granting 43 Motion for Leave to File Excess Pages (overlength response). Signed by Magistrate Judge Paul Kohler on 1/26/26 (alt) (Entered: 01/26/2026) |
| 01/26/2026 | 47 | MEMORANDUM in Opposition re 30 MOTION to Intervene filed by Plaintiff Kane County. (Attachments: # 1 Exhibit 1 – Trial Exhibit No. 34 – Kane County Site–Visit Map – West, # 2 Exhibit 2 – Kane State Sand Dunes – MTI – Declaration of Bert Harris (Signed), # 3 Exhibit 3 – Motion to Intervene by Wilderness Society and Southern Utah Wilderness Alliance, # 4 Exhibit 4 – Order Denying Southern Utah Wilderness Alliance & Wilderness Society's Motion to Intervene)(Welch, Shawn) (Entered: 01/26/2026) |
| 02/09/2026 | 48 | REPLY to Response to Motion re 30 MOTION to Intervene filed by Movant Southern Utah Wilderness Alliance. (Attachments: # 1 Exhibit 1 – UDOT Contract, # 2 Exhibit 2 – BLM WSA Manual)(Larsen, Hanna) (Entered: 02/09/2026) |
| 02/23/2026 | 49 | NOTICE OF DEFICIENCY re 44 Notice (Other). Filer used the wrong filing event. When withdrawing a motion, filers must use the "Withdrawal of Motion" filing event as that event allows the motion to be terminated immediately. the generic "Notice (Other)" does not cause anything to happen on the case. The clerk has terminated the 14 motion as of now for expedience; however, filers are reminded to remember and use the "Withdrawal of Motion" filing event going forward to avoid errors and delays. (alt) (Entered: 02/23/2026) |
| 03/09/2026 | 50 | REQUEST for Transcript of Status Conference filed by Plaintiff Kane County. (Seamons, Benjamin) (Entered: 03/09/2026) |
| 03/13/2026 | 51 | NOTICE of of Amended Partial QTA Disclaimer by United States of America re 29 Notice (Other) (Kim, Joseph) (Entered: 03/13/2026) |
| 03/13/2026 | 52 | WITHDRAWN PER 53 ORDER – MEMORANDUM DECISION AND ORDER granting 30 Motion to Intervene as of Right. SUWA is granted intervention as of right as a full party defendant in this action from this point forward. SUWA shall file its Answer or other responsive pleading within fourteen (14) days of this Order. All future scheduling orders and deadlines shall apply equally to SUWA. Signed by Judge David Nuffer on 3/13/2026. (dle) Modified on 3/16/2026: added withdrawal info (alt) (Entered: 03/13/2026) |
| 03/16/2026 | 53 | ORDER WITHDRAWING 52 Memorandum Decision/Order on Motion to Intervene. Plaintiffs, Defendant and Southern Utah Wilderness Alliance are to file memoranda regarding the 51 Amended Partial QTA Disclaimer on or before 4/2/26. Responses may be filed on or before 4/9/26/ Signed by Judge David Nuffer on 3/16/26 (alt) (Entered: 03/16/2026) |
| 03/17/2026 | 54 | **RESTRICTED DOCUMENT** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing held on January 16, 2026 before Judge David Nuffer. Court Reporter/Transcriber Teena Green, RPR, CRR, CBC, Telephone number 801–910–4092. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: Please review the transcript within 14 days after receiving this notice to determine if personal data identifiers need to be redacted. If redaction is not required, the transcript will be made electronically available 90 days after this notice. If redaction of personal identifies is needed, a party must file a Notice of Intent to Request Redaction within 21 days after receiving this notice. Within 42 days after receiving this notice, a party must file a Redaction Request identifying the information that must be redacted. Please review DUCivR 5.2–1 for additional information about redacting personal identifiers or protected information. The Attorney Filing the Notice of Intent To Request Redaction and Redaction request must send a copy to the court reporter. The court will not send a copy to the court reporter.** <br><br> **Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction due 4/7/2026. Redaction Request due 4/28/2026. Redacted Transcript Deadline set for 5/19/2026. Release of Transcript Restriction set for 6/15/2026. (jrj) (Entered: 03/17/2026)** |
| 03/17/2026 | 55 | Transcript Purchased by: Benjamin Seamons and Hanna Larsen re 54 transcript(s) of 1/16/26. (jrj) (Entered: 03/17/2026) |
| 03/23/2026 | 56 | Unopposed MOTION to Confirm Amended Partial Quiet Title Act Disclaimer re 51 Notice (Other) filed by Plaintiff Kane County. (Attachments: # 1 Text of Proposed Order)(Welch, Shawn) Modified on 3/25/2026: removed repetitive entry text (alt) (Entered: 03/23/2026) |
| 03/25/2026 | 57 | CLERK'S NOTICE OF ERROR re 56 Unopposed MOTION to Confirm Amended Partial Quiet Title Act Disclaimer. Description of error: Filer did not complete "Miscellaneous Relief" prompt to describe relief sought correctly (beginning with "for", "to" or "re"). The entry has been adjusted to remove repetitive text from entry. (alt) (Entered: 03/25/2026) |
| 03/26/2026 | 58 | **Exhibit 1 is treated as an AMICUS MEMORANDUM per 62 Order** – MOTION for Leave to File Response to Plaintiffs' Unopposed Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimer (ECF No. 56) and Memorandum in Support filed by Movant Southern Utah Wilderness Alliance. (Attachments: # 1 Exhibit 1 – Proposed Response, # 2 Text of Proposed Order) Motions referred to Paul Kohler.(Larsen, Hanna) Modified on 3/31/2026: added text re 62 Order (alt) Modified on 3/31/2026 (alt). (Entered: 03/26/2026) |
| 03/26/2026 | 59 | **NOTICE OF HEARING**: Status Conference set for 4/1/2026 at 11:00 AM in STGU–St George *virtual Court Via Zoom Conference* before Judge David Nuffer. (bmr) (Entered: 03/26/2026) |
| 03/26/2026 | 60 | **NOTICE VACATING Status Conference HEARING** set for 4/01/2026 at 11:00 a.m. before Judge David Nuffer. Hearing was set in error. (bmr) (Entered: 03/26/2026) |
| 03/26/2026 | 61 | ORDER directing that additional topics be discussed in already scheduled supplemental memoranda (to be filed on or before 4/2/26). Signed by Judge David Nuffer on 3/26/26 (alt) (Entered: 03/26/2026) |
| 03/28/2026 | 62 | DOCKET TEXT ORDER <br> IT IS HEREBY ORDERED that [58–1] SUWA's Proposed Response to 56 Plaintiffs' Unopposed Motion for Order to Confirm Amended Partial Disclaimer shall be treated |

| | | |
|---|---|---|
| | | as an Amicus Memorandum under DUCivR 7–6, filed as of March 26, 2026. And the memoranda SUWA is authorized to file under the 61 Order Regarding Supplemental Memoranda are also authorized as Amicus Memoranda under DUCivR 7–6. No attached document. Signed by Judge David Nuffer on March 28 2026. (DN) (Entered: 03/28/2026) |
| 04/02/2026 | 63 | MEMORANDUM re 51 Notice (Other) filed by United States of America. (Kim, Joseph) (Entered: 04/02/2026) |
| 04/02/2026 | 64 | MEMORANDUM re 51 Notice (Other) filed by Kane County, State of Utah. (Welch, Shawn) (Entered: 04/02/2026) |
| 04/02/2026 | 65 | MEMORANDUM re 51 Notice (Other) filed by Southern Utah Wilderness Alliance. (Larsen, Hanna) (Entered: 04/02/2026) |
| 04/02/2026 | 66 | ERRATA to 65 Memorandum (NOT to motion) filed by Movant Southern Utah Wilderness Alliance . (Attachments: # 1 Exhibit 1 – Corrected Supplemental Memorandum in Support of SUWA's Motion to Intervene)(Larsen, Hanna) (Entered: 04/02/2026) |
| 04/09/2026 | 67 | RESPONSE re 63 Memorandum (NOT to motion), 64 Memorandum (NOT to motion), filed by Southern Utah Wilderness Alliance. (Lee, Trevor) (Entered: 04/09/2026) |
| 04/09/2026 | 68 | Plaintiff's RESPONSE re 66 Errata, filed by Kane County, State of Utah. (Welch, Shawn) (Entered: 04/09/2026) |
| 04/16/2026 | 69 | RESPONSE re 67 Response (NOT to motion), filed by United States of America. (Kim, Joseph) (Entered: 04/16/2026) |
| 04/16/2026 | 70 | RESPONSE re 68 Response (NOT to motion), filed by Southern Utah Wilderness Alliance. (Longson, Mitchell) (Entered: 04/16/2026) |
| 04/16/2026 | 71 | REPLY BRIEF re 70 Response (NOT to motion) filed by Plaintiffs Kane County, State of Utah. (Welch, Shawn) (Entered: 04/16/2026) |
| 04/17/2026 | 72 | MEMORANDUM DECISION AND ORDER granting 56 Motion to Confirm Amended Partial Quiet Title Act Disclaimer. Signed by Judge David Nuffer on 4/17/26 (alt) (Entered: 04/17/2026) |
| 04/17/2026 | 73 | ORDER that the Amended Partial Disclaimer is confirmed pursuant to 28 U.S.C. Section 2409a(e). Signed by Judge David Nuffer on 4/17/26 (alt) (Entered: 04/17/2026) |
| 04/20/2026 | 74 | NOTICE of Voluntary Dismissal filed by Plaintiffs Kane County, State of Utah (Welch, Shawn) (Entered: 04/20/2026) |
| 04/20/2026 | | Civil Case Terminated per 74 Notice of Voluntary Dismissal – CASE CLOSED. Magistrate Judge Paul Kohler no longer assigned to case (alt) (Entered: 04/22/2026) |
| 06/08/2026 | 75 | NOTICE OF APPEAL as to 73 Order, 72 Order on Motion for Miscellaneous Relief, Memorandum Decision filed by Southern Utah Wilderness Alliance. Appeals to the USCA for the 10th Circuit. Filing fee $ 605, receipt number AUTDC–5813426. (Larsen, Hanna) (Entered: 06/08/2026) |

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO CONFIRM AMENDED PARTIAL QUIET TITLE ACT DISCLAIMER**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer |

Plaintiffs Kane County and the State of Utah (collectively "Kane County") seek a decree under the Quiet Title Act[1] ("QTA") "quieting title in and to the R.S. 2477 public highway right-of-way for the Sand Dunes Road."[2] Kane County alleges that title to the Sand Dunes Road was established in previous litigation.[3] Kane County's complaint states:

> The right-of-way for the Sand Dunes Road claimed herein includes a width of 66 feet (33 feet from the centerline descriptions provided herein) and that which is reasonable and necessary to ensure passage of vehicles on this high-speed two lane road, clear zones to protect sight distances, and such other drainage and road features as are reasonable and necessary.[4]

The United States did not file an answer but filed a Partial Quiet Title Act Disclaimer ("Parital Disclaimer") under 28 U.S.C. § 2409a(e).[5] The Partial Disclaimer was recently

---

[1] 28 U.S.C. § 2409a.

[2] Complaint ¶¶ 1, 49, docket no. 1, filed May 6, 2025.

[3] *Id*. ¶ 12 (citing *Kane County, Utah (1) v. United States*, No. 2:08-cv-0315, 2013 WL 1180764, *5-6, *63-64 (D. Utah Mar. 20, 2013)).

[4] Complaint ¶ 81.

[5] Partial Quiet Title Act Disclaimer at 1 ("Partial Disclaimer"), docket no. 29, filed December 19, 2025 (citing 28 U.S.C. § 2409a(e)).

amended ("Amended Partial Disclaimer") to clarify the disclaimer.[6] The Amended Partial Disclaimer states that "the United States disclaims any title interest in the Sand Dunes Road that is consistent with a two-lane highway that was established by October 21, 1976, including the right to conduct routine maintenance."[7] The disclaimer is similar to the description of the right of way sought in the Complaint but does not include a uniform 66 foot width. The United States confirms this document was filed "after obtaining appropriate internal approvals."[8]

The United States clarifies the reason the Complaint's precise 66-foot width claim is not disclaimed. "[T]he Amended Partial Disclaimer effectively adopts the same centerline [as the Complaint] but determines width based on actual surface disturbance in 1976."[9]

The document then describes the sections of land which the road crosses.[10]

**Centerline:** Then, to be more specific, the Amended Partial Disclaimer adopts the road centerline description used in Plaintiffs' 39-page exhibit to their Complaint: "The centerline of this road is identified with reasonable accuracy in Exhibit 2 of Plaintiffs' Complaint (Dkt. No. 1-2)."[11] That exhibit contains an overall map, photographs, and many pages of the surveyed legal description of the road centerline. The Amended Partial Disclaimer leaves no doubt as to the parties' agreement on the road location.

**Travel Surface Improvements:** Finally, the Amended Partial Disclaimer describes the condition and position of road improvements.

---

[6] Amended Partial Quiet Title Act Disclaimer ("Amended Partial Disclaimer"), docket no. 51, filed March 13, 2026.

[7] *Id.* at 1.

[8] Defendant's [United States'] Reply Memorandum ("U.S. April 16 Memo"), docket no. 69, filed April 16, 2026.

[9] United States Memorandum Regarding the Impact of the Amended Partial QTA Disclaimer ("U.S. April 2 Memo") at 2, docket no. 63, filed April 2, 2026.

[10] Amended Partial Disclaimer at 1-2.

[11] *Id.* at 2.

This road is currently paved, except for a 4-mile section that is currently chip-sealed. The chip-sealed section is located near the Coral Pink Sand Dunes State Park. The road has a travel surface generally ranging between 24 to 26 feet with the widest portions of the travel surface at approximately 30 feet. This road includes culverts, other drainage features extending beyond the travel surface, and the clearing of vegetation also extending beyond the travel surface, with such disturbances generally ranging between 47 and 66 feet (and in some instances extending beyond the claimed 66 foot right-of way).[12]

This detailed summary of current improvements does not appear in the Complaint.

**Disturbance Area:** A footnote clarifies the width of the right of way outside the travel surface which is disclaimed for disturbance (by maintenance and auxiliary structures such as drainage and culverts): "Based on an analysis of aerial photographs taken in 1974 and 2021, using measurements taken approximately every quarter mile, the average width of total disturbance was 72 feet and 67 feet, respectively, with at least three-fourths of the observed measurements at or exceeding 47 feet."[13]

Finally, the Amended Partial Disclaimer stated that "Further proceedings may be necessary to the extent that Plaintiffs assert a claim that exceeds the scope disclaimed herein."[14]

Plaintiffs have now jointly filed an Unopposed [sic] Motion to Confirm the Amended Partial Quiet Title Act Disclaimer ("Motion").[15] Plaintiffs' Motion makes clear that any discrepancy between (a) the relief sought in their Complaint and (b) the description of the right of way in the Amended Partial Disclaimer will be resolved by Plaintiffs' dismissal of their claims. "Plaintiffs intend to dismiss their QTA claim in light of the Amended Partial Disclaimer, notwithstanding any inconsistency between the Amended Partial Disclaimer and the alleged right

---

[12] *Id.* at 2.

[13] *Id.* at n.1.

[14] *Id.*

[15] Unopposed [sic] Motion to Confirm Amended Partial Quiet Title Act Disclaimer ("Motion"), docket no. 56, filed March 23, 2026.

3

of way as described in the Complaint."[16] In addition, the Motion states that the Plaintiffs are "authorized to represent to the Court that the United States does not oppose this motion."[17] The United States has agreed to this procedure.[18]

The Amended Partial Disclaimer radically changed the posture of the lawsuit. It is more specific than the original Partial Disclaimer and adopts the description of the right of way in Plaintiffs' Complaint. In light of the Amended Partial Disclaimer and Motion, the parties were ordered to provide supplemental memoranda[19] which were timely submitted and considered.[20] The United States acknowledged that the Amended Partial Disclaimer "results in a scope including a width of 66 feet in some areas, but there are other areas where the scope has a narrower width"[21] and therefore jurisdiction is retained only over those areas that remain in controversy.[22] Where the Amended Partial Disclaimer does not precisely match the Complaint, jurisdiction is not abrogated, but the United States says further litigation is unnecessary because Kane County will voluntarily dismiss its complaint upon confirmation of the Amended Partial

---

[16] *Id.* at 2.

[17] *Id.*

[18]

[19] *Id.*; Order Regarding Supplemental Memoranda, docket no. 61, filed March 26, 2026.

[20] U.S. April 2 Memo at 2; Kane County's Memorandum in Response to Orders ("Kane County's April 2 Memo"), docket no. 64, filed April 2, 2026; SUWA's [Corrected] Supplemental Memorandum in Support of SUWA's Motion to Intervene ("SUWA's April 2 Memo"), docket no. 66-1, filed April 2, 2026; Motion for Leave to File a Response to Plaintiffs' "Unopposed" Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimer, docket no. 58, filed March 26, 2026 including as Exhibit 1 [docket no. 58-1] a proposed SUWA's Proposed Response to [56] Plaintiffs' Unopposed Motion for Order to Confirm Amended Partial Disclaimer which by docket text order (docket no. 62, filed March 29, 2026) was filed as an amicus memorandum; SUWA Response to the Parties' Supplemental Memoranda on the Impact of the Amended Partial Disclaimer (SUWA's April 9 Memo"), docket no. 67, filed April 9, 2026; Plaintiffs' Response [re SUWA's April 2 Memo] ("Plaintiffs' April 9 Memo"), docket no. 68, filed April 9, 2026; U.S. April 16 Memo; [SUWA's] Reply to Plaintiffs' Memoranda on the Impact of the Amended Partial Disclaimer ("SUWA's April 16 Memo"), docket no. 70, filed April 16, 2026; Plaintiffs' Reply, docket no. 71, filed April 16, 2026.

[21] U.S. April 2 Memo at 2.

[22] *Id.* at 3.

4

Disclaimer.[23] Kane County agrees with the United States regarding possible retained jurisdiction and the effect of Kane County's forthcoming voluntary dismissal which will end the case.[24] SUWA insists its intervention motion must be considered before confirmation and dismissal of the case.[25] : The Court should grant SUWA's Motion to Intervene as of right and its Motion to Dismiss should be fully briefed and decided before any further proceedings."[26]

# 1    DISCUSSION

The issues presented are:

- Does a disclaimer made under 28 U.S.C. § 2409a(e) that is inconsistent with the right of way sought in a §2409a quiet title action result in loss of partial jurisdiction that becomes complete if a plaintiff dismisses its complaint?
- Is a proposed intervenor entitled to object to the case parties' agreement to resolve a § 2409 Quiet Title action?

## 1.1   A partial disclaimer that may be inconsistent with the complaint in a §2409a quiet title action results in complete loss of jurisdiction if a plaintiff then dismisses the complaint.

"Congress has provided a formal mechanism whereby the United States during the course of QTA litigation, but 'prior to the actual commencement of the trial,' may 'disclaim[ ] all interest in the real property or interest therein adverse to the plaintiff' and secure an order from the court confirming the disclaimer."[27] The text of 28 U.S.C.A. § 2409a(e) states:

> If the United States disclaims all interest in the real property or interest therein adverse to the plaintiff at any time prior to the actual commencement of the trial, which disclaimer is confirmed by order of the court, the jurisdiction of the district

---

[23] *Id.*

[24] Kane County's April 2 Memo at 5.

[25] SUWA's April 2 Memo. This memorandum removes "a comment containing confidential attorney work product . . . inadvertently left in" Supplemental Memorandum in Support of SUWA's Motion to Intervene, docket no. 65, filed April 2, 2026); SUWA's April 2 Memo at 2.

[26] SUWA's April 16 Memo at 7.

[27] *Rio Grande Silvery Minnow (Hybognathus amarus) v. Bureau of Reclamation*, 599 F.3d 1165, 1185 (10th Cir. 2010).

5

court shall cease unless it has jurisdiction of the civil action or suit on ground other than and independent of the authority conferred by section 1346(f) of this title.[28]

"If the United States follows this path, 'the jurisdiction of the district court shall cease' under the QTA."[29]

While the Amended Partial Disclaimer may be inconsistent in minor ways with the relief sought in the Complaint, the United States and Kane County say they are in full agreement. The agreement will be consummated when (a) the disclaimer is confirmed and (b) Kane County dismisses its claims. SUWA advances no persuasive authority or argument for jurisdiction being retained or why the Amended Partial Disclaimer should not be confirmed.[30] Therefore, the Amended Partial Disclaimer will be CONFIRMED; and if Kane County files a Rule 41 notice, this case will be dismissed. All pending motions will be moot.

### 1.2 A proposed intervenor has no right to object to the parties' agreed resolution of a quiet title case.

After the United States filed the Partial Disclaimer, SUWA filed a Motion to Intervene.[31] SUWA seeks intervention to file a motion to dismiss,[32] and also to contest Kane County's title and scope claims.[33] The motion was fully briefed in light of the original disclaimer.[34] An order

---

[28] 28 U.S.C. § 2409a(e).

[29] *Rio Grande*, 599 F.3d at 1185–86.

[30] SUWA's April 2 Memo at 6-7. SUWA does make an argument disregarding the clear language of §2409a(e) that a disclaimer may be of "all interest in the real property or interest therein" clearly authorizing a disclaimer of less than all the federal interest in all the disputed property.

[31] Motion to Intervene as of Right and Memorandum in Support ("Motion to Intervene"), docket no. 30, filed December 22, 2025.

[32] *Id*. at 1.

[33] SUWA's April 9 Memo at 2.

[34] Defendant United States' Response to SUWA's Motion to Intervene, docket no. 45, filed January 26, 2026; Plaintiffs' Opposition to Motion to Intervene, docket no. 47, filed January 26, 2026.

6

granting SUWA's intervention was entered[35] but withdrawn after the court became aware of the United States' Amended Partial Disclaimer which closely matches the claims in the Complaint.[36]

SUWA continues to assert a right to intervene. SUWA's sought-after intervention cannot be granted without jurisdiction and will be inconsequential after Kane County's promised voluntarily dismissal.[37] In a similar circumstance, the Ninth Circuit affirmed a disclaimer and dismissal, mooting a proposed intervenor's motion to enter the case.[38] "Once the [defendant] United States filed its disclaimer of the land claimed by [plaintiff] Leisnoi, the plain terms of §2409a(e) deprived the district court of jurisdiction. It was required to dismiss, and did so. There remained no controversy in which Stratman [the proposed intervenor] could intervene."[39] That this case involves the additional step of the Plaintiff dismissing its claims makes no difference in the outcome.

## 2    ORDER

IT IS HEREBY ORDERED that Plaintiffs' Unopposed [sic] Motion to Confirm Amended Partial Quiet Title Act Disclaimer is GRANTED.[40]

---

[35] Memorandum Decision and Order Granting Motion to Intervene as of Right ("Intervention Order"), docket no. 52, filed March 13, 2026.

[36] Order Withdrawing Memorandum Decision and Ordering Memoranda, docket no. 53, filed March 16, 2026. The order describes the filing and notice sequence that required withdrawal of the Intervention Order.

[37] Kane County's April 2 Memo at 5; U.S. April 2 Memo at 3.

[38] *Leisnoi, Inc. v. U.S.*, 313 F.3d 1181 (9th Cir. 2002).

[39] *Id.* at 1184 (cleaned up).

[40] Unopposed [sic] Motion to Confirm Amended Partial Quiet Title Act Disclaimer, docket no. 56, filed March 23, 2026.

7

IT IS FURTHER ORDERED that:

     1.    The Amended Partial Disclaimer[41] will be CONFIRMED in a separate order. [42]

     2.    If Kane County files a voluntary dismissal of its Complaint within fourteen days of the filing of the confirmation order, the case will be DISMISSED; otherwise SUWA's Motion to Intervene will be resolved so that litigation may proceed as to any remaining issues for the Sand Dunes Road right of way.

Signed April 17, 2026.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[41] Amended Partial Quiet Title Act Disclaimer, docket no. 51, filed March 31, 2026.

[42]

8

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER CONFIRMING AMENDED PARTIAL QUIET TITLE ACT DISCLAIMER**<br><br>Case No. 4:25-cv-00059 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter came before the Court upon Plaintiffs Kane County, Utah's and the State of Utah's unopposed motion to confirm the Amended Partial Quiet Title Act Disclaimer (ECF 51), notwithstanding any inconsistency between the Amended Partial Disclaimer and the alleged right of way as described in the Complaint. For the good cause shown, it is hereby ORDERED that the Amended Partial Disclaimer is confirmed pursuant to 28 U.S.C. § 2409a(e).

IT IS SO ORDERED.

DATED this 17th day of April, 2026.

BY THE COURT:

Judge David Nuffer
United States District Court Judge

20

Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (5), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Proposed Intervenor-Defendant. | **NOTICE OF APPEAL**<br><br>Case Nos. 4:25-cv-00059-DN<br><br>Judge David Nuffer |

Proposed Intervenor-Defendant Southern Utah Wilderness Alliance appeals to the United

States Court of Appeals for the Tenth Circuit the following: (1) Memorandum Decision and

Order Granting Motion to Confirm Amended Partial Quiet Title Act Disclaimer (ECF No. 72),

21

entered on April 17, 2026; (2) Order Confirming Amended Partial Quiet Title Act Disclaimer (ECF No. 73), entered on April 17, 2026; and (3) Notice of Voluntary Dismissal (ECF No. 74), filed on April 20, 2026.

DATED June 8, 2026.

/s/ *Hanna Larsen*
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson, #15661
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee, #16703
HOGGAN LEE HUTCHINSON

*Attorneys for Proposed Intervenor-Defendants*
*Southern Utah Wilderness Alliance*